UNITED STATES DISTRICT COURT
for the

Marain Rankins
Petitioner

v.                                          Case No. _____
                                            (Supplied by Clerk of Court)
B.O.P / Federal Prisons
Respondent
(name of warden or authorized person having custody of petitioner)

RECEIVED
SEP 09 2025
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Marain Rankins
   (b) Other names you have used: RYAN

2. Place of confinement:
   (a) Name of institution: Greenville FCI IL
   (b) Address: P.O. box 5000 Greenville, IL 62246-0000
   (c) Your identification number: 10870-511

3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: Southern District of Iowa
   (b) Docket number of criminal case: 4:23-CR-00096-001
   (c) Date of sentencing: 3-27-2025
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

Page 2 of 9

☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☒ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☒ Other (explain): Condition of Confinement. Not Proper medical care for my Disablity No Physical therpy. No Good toilet access falling in shower an off the Bed.

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: Southern District of Iowa
   (b) Docket number, case number, or opinion number: 4:23-00096-001
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): 821 Amendment adding bias for Beimon Probation. Not Counting my Jail Credit Since Being in Custody Been in Custody Since may 10th 2023 as it Says on my PSI
   (d) Date of the decision or action: March-27-2025

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☒ Yes   ☐ No
   (a) If "Yes," provide:
      (1) Name of the authority, agency, or court: 8th Circut
      (2) Date of filing:
      (3) Docket number, case number, or opinion number:
      (4) Result: Pending
      (5) Date of result:
      (6) Issues raised:

   (b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes   ☐ No

(1) Name of the authority, agency, or court:

(2) Date of filing:
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes                    ☐ No
(a) If "Yes," provide:

(1) Name of the authority, agency, or court:

(2) Date of filing:
(3) Docket number, case number, or opinion number:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes                    ☒ No
If "Yes," answer the following:
(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
            ☐ Yes                ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes            ☐ No

If "Yes," provide:
(1) Name of court: _____
(2) Case number: _____
(3) Date of filing: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:
_____

11. Appeals of immigration proceedings
Does this case concern immigration proceedings?
☐ Yes            ☒ No

If "Yes," provide:
(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes            ☐ No

(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes    ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes    ☐ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

AO 242 (Rev ...) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** 821 Amendment

(a) Supporting facts (Be brief. Do not cite cases or law.):
I got extra points for being on probation its a retroactive thing were it would change my catgury level

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Condition of Confinment

(a) Supporting facts (Be brief. Do not cite cases or law.):
Im not get proper medical treatment. I have no physical therpy. I need to help me. I cant sit on the toilet like a regular person because no appropriate accomodation. Im falling in shower. I fell off my bed because no grab rail Im getting bedsore sex no appropriate bed I need for my spinal cord Inj

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Medical Facilty

(a) Supporting facts (Be brief. Do not cite cases or law.):
I need a medical facilty Im not getting any. Dont have proper medical care I need. That I get per law for my condition

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

GROUND FOUR: Jail Credit

(a) Supporting facts:

I Been in federal custody since may 10th 2023

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:

### Request for Relief

15. State exactly what you want the court to do: I would like court to get me a Medical transfer, so I don't farther got sick are Hurt for something I can't help. I can't take care of myself with what problem here. I can't use Bathroom by myself. An emergency Button don't work. And if I so in shack at night there no medical help. I need medical for. Hy Also Resentance for my 821 Amendment. Also need all my Jail Credit Been in federal custody Since May 10th 2023 sat on my PSI

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system

I declare under penalty of perjury that I am the petitioner. I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: _____     _____
                                   Signature of Petitioner

                                   _____
                                   Signature of Attorney or other authorized person, if any



Maran Rankins #10870-511
FCI Greenville
Federal Correctional Institution
P.O Box 5000
Greenville, IL 62246

SAINT LOUIS MO 630
6 SEP 2025 PM 7 L

X-RAYED & CLEARED BY U.S.M.S.

Clerk, United States Court
U.S. Courthouse
Des Moines, IA 50306-9344

50306-934444

